UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TRAFFIC TECH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 4:08-cv-0129-SEB-WGH |
| | ) |
| GUADALUPE GARCIA d/b/a NORTH VERNON TRANSPORTATION, | ) ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT ENTRY GRANTING TRAFFIC TECH, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST <u>GUADALUPE GARCIA d/b/a NORTH VERNON TRANSPORTATION</u>**

This matter came to be heard upon Traffic Tech, Inc.'s Motion For Default Judgment Against Guadalupe Garcia d/b/a North Vernon Transportation (the "Motion").  Upon due consideration, the Court finds that the Motion is well-taken and that the defendant, Guadalupe Garcia d/b/a North Vernon Transportation ("Defendant"), has failed to file an answer or to otherwise appear in or defend this case, and that Defendant is, therefore, in default.  Accordingly, it is hereby ORDERED that the Motion is GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that the plaintiff, Traffic Tech, Inc., is awarded final judgment in the amount of Sixty Thousand Eight Hundred Thirty-Three Dollars and Twenty ($60,833.20), plus post-judgment interest and costs.  There is no just cause for delay.

Date :   10/08/2008

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana